■ ERIC KARJEL et al., Respondents, v GERALD J. GREENAN, Appellant.

(Appeal from Order of Supreme Court, Erie County, Fudeman, J.—Amended Answer.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.

■ JOAN M. SCHOTTIN, Individually and as Executrix of BYRON W. SCHOTTIN, Deceased, Appellant, v IKRAM UL HAQUE et al., Respondents.

(Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Dismiss Complaint.) Present—Callahan, J. P., Doerr, Green, Lawton and Davis, JJ.